## Beulah Hills, Appellee, v. Chicago Transit Authority, Appellant.

## Gen. No. 46,135.   (Abstract of Decision.)

Thomas C. Strachan, Jr., James O. Dwight, Aaron H. Payne, and Halbert O. Crews, for appellant; Arthur J. Donovan, of counsel; Edward H. Reese, and William H. Warvel, for appellee; Charles J. Pratt, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed March 2, 1954; released for publication March 23, 1954.

## People of State of Illinois, Defendant in Error, v. John Chennault, Plaintiff in Error.

## Gen. No. 46,316.   (Abstract of Decision.)

Louis J. Giliberto, for plaintiff in error; Latham Castle, Attorney General, and John Gutknecht, State's Attorney, for defendant in error; John T. Gallagher,